# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 10, 2023

## NO. 03-23-00271-CV

**Bent Sky Investments, LLC, Appellant**

**v.**

**City of Dripping Springs, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, SMITH**
**DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on February 16, 2023. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.